UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINONA WEATHERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. HAGEMEISTER MAY, et al.<br><br>　　　　　Defendants. | CASE NO. 1:13-cv-01932-AWI-MJS (PC)<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**<br><br>**(ECF No. 26)** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Her first amended complaint was dismissed for failure to state a claim, and the action was closed. (ECF Nos. 24, 25.) Before the Court is Plaintiff's December 16, 2015 motion for a certificate of appealability. (ECF No. 26.)

　　　　The requirement for the issuance of a certificate of appealability arises under 28 U.S.C. § 2253, which provides:

　　　　(c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from—

　　　　　　(A)　the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or

(B)     the final order in a proceeding under section 2255.

28 U.S.C. § 2253.

Section 2253 applies only to petitions for writ of habeas corpus. It does not apply to civil rights actions, such as the instant action, brought pursuant to 42 U.S.C. § 1983.

Accordingly, Plaintiff's request for a certificate of appealability is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   December 18, 2015            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

2